February 21, 2024

Honorable Kevin R. Anderson
United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, Utah 84101



Dear Honorable Kevin R. Anderson:

I have received notice from T. Edward Cundick (Bar No. 10451) from Workman Nydegger law firm on behalf of Predictive Technology Group, Inc. Workman Nydegger has filed an Application for Compensation with the court for what appears to be legal and accounting services related to Bankruptcy No. 23-25147.

This letter is to serve as a formal Objection with the court to this compensation. We are aware that Predictive Technology Group is attempting to sell off assets from their wholly owned subsidiary Predictive Biotech, Inc. and potentially other subsidiaries in an attempt to circumvent creditors and shareholders who are still owed monies from the Company.

We petition the court to review all activities related to these transactions in advance of agreeing to proceed with the bankruptcy proceedings.

In addition, we are opposed to having the company's law firm paid in advance of paying other creditors.

Please feel free to contact me directly if you have questions.

Sincerely,

Eric K. Olson
2597 E. Spring Canyon Drive
Washington, Utah 84780
erickennetholson@gmail.com
801-558-5852