# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | ) |
| | ) |
| PREDICTIVE TECHNOLOGY GROUP, INC. | ) Case No. 23-25147- |
| Tax ID / EIN: 90-1139372 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## Chapter 11 Subchapter V Trustee's Report of No Distribution

    I, Joli A. Lofstedt, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. On January 12, 2024, the case was converted to a case under Chapter 7 with no plan confirmed and no plan payments made to the trustee. The trustee did not request compensation under 11 U.S.C. § 330(a). I hereby certify that the estate of the above-named debtor has been fully administered through the date of conversion. I request that I be discharged from any further duties as trustee.

Dated: April 25, 2024.

                                                                   */s/ Joli A. Lofstedt*
                                                                   Joli A. Lofstedt, Trustee
                                                                   P.O. Box 270561
                                                                   Louisville, CO  80027
                                                                   Ph: (303) 476-6915
                                                                   Fx: (303) 604-2964
                                                                   joli@jaltrustee.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**